UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-00095-H

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | ORDER |
| | : | |
| KEVIN CORNELIOUS DAVIS | : | |

This matter comes before the Court upon the motion of the United States for the reassignment of the above-captioned case from Senior District Judge Malcolm J. Howard to Chief District Judge Louise W. Flanagan, and for good cause shown, it is hereby ORDERED that said case shall be reassigned to Chief District Judge Louise W. Flanagan.

IT IS SO ORDERED.

This the 13th day of September, 2011.

_____
MALCOLM J. HOWARD
Senior United States District Judge