# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION
## CASE NO.: 4:11-CR-95-H-1

| | |
|---|---|
| **United State of America** | ) |
| | ) |
| | ) |
| | )    **REASSIGNMENT ORDER** |
| **vs.** | ) |
| | ) |
| **Kevin Cornelious Davis** | ) |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Louise W. Flanagan, Chief U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **4:11-CR-95-FL-1.**

SO ORDERED, this the 15th day of September, 2011.

                                                    /s/ Dennis P. Iavarone
                                                      Clerk of Court