UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:11-CR-95-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| KEVIN CORNELIOUS DAVIS, | ) | |
| Defendant | ) | |
| | ) | |

Upon the unopposed motion of the defendant, by and through Counsel, it is hereby ORDERED that Docket Entry Number 27 and its accompanying Order in the above-captioned matter be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney's Office and Defendant's Counsel.

SO ORDERED this 15th day of May 2012.

David W. Daniel
United States Magistrate Judge